IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GREGORY KENT HARRIS )
)
v. ) NO. 3:05-0620
) JUDGE CAMPBELL
W.L. HAILEY AND COMPANY, INC., )
et al. )


W.L.H. HOLDING COMPANY, INC. )
)
v. ) NO. 3:05-0647
) JUDGE CAMPBELL
GREGORY KENT HARRIS )


ORDER

Pending before the Court are Defendants' Motion for Summary Judgment (Docket No. 31) and Plaintiff's Motion for Summary Judgment (Docket No. 40). The Court heard argument on the pending Motions on October 26, 2006. For the reasons stated in the accompanying Memorandum, Defendants' Motion for Summary Judgment (Docket No. 31) is GRANTED in part and DENIED in part, and Plaintiff's Motion for Summary Judgment (Docket No. 40) is GRANTED in part and DENIED in part.

In light of the Court's rulings, the parties shall attempt to agree on the total amounts, including interest, owed by Defendants to Plaintiff for his WLH stock. The parties shall file, on or before November 15, 2006, a joint statement regarding the damages owed or, if the parties cannot agree, separate briefs on this issue. The Court will then enter judgment in accordance with Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE